# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0040
L.T. Case No. 2023-300943-CFDB

_____

CHRISTOPHER PHILIP
CROUTHAMEL,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

William R. Ponall, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

May 12, 2026

PER CURIAM.

     AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____